UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ERIC HARDING,

                Plaintiff,

      v.                                                        9:02-CV-1292

T. HOWARD, Correctional Officer; J. DUFRANCE,
Correctional Officer; A. DONOVAN, Correctional Officer;
G. VAILLANDURT, Correctional Officer; SGT. CHAPMAN,
Correctional Officer; CAPTAIN RECETTE; and DONALD
SELSKY, Director of Special Housing and Inmate Disciplinary
Program,

                Defendants.
_____

APPEARANCES:                               OF COUNSEL:

ERIC HARDING
Plaintiff, *Pro Se*
20 Clifton Place
Brooklyn, New York 11238

HON. ELIOT L. SPITZER                  KELLY L. MUNKWITZ, ESQ.
Attorney General for State of New York      KRISTA A. ROCK, ESQ.
Attorney for Defendants                     Assistant Attorneys General
The Capitol
Albany, New York 12224

NORMAN A. MORDUE, DISTRICT JUDGE

ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate

Judge George H. Lowe, duly filed on the 4th day of April, 2005.  Following ten days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's

Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated:   April 28, 2005
         Syracuse, New York


*Norman A. Mordue* (signature)
Norman A. Mordue
U.S. District Judge